IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN C. MILLER, a single man ) | |
| ) | |
| Plaintiff, ) | NO: |
| ) | |
| v. ) | |
| ) | |
| NATIONWIDE DEBT RECOVERY ) | |
| SERVICE, INC, a Washington-based ) | |
| corporation ) | |
| ) | |
| Defendant. ) | |

COMPLAINT
Page 1 of 6

MILLER & ASSOCIATES
209 E Sprague Avenue
Spokane, WA 99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

# COMPLAINT AND DEMAND FOR JURY TRIAL

## I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Steven C. Miller, an individual consumer, against Defendant Nationwide Debt Recovery Service, Inc. for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202. Venue in this District is proper in that the Defendants transact business in this District and the conduct complained of occurred in this District as well.

## III. PARTIES

3. Plaintiff, Steven C. Miller, is a natural person residing in the City of Cheney, County of Spokane, State of Washington

COMPLAINT
Page 2 of 6

MILLER & ASSOCIATES
209 E Sprague Avenue
Spokane, WA 99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

4. Defendant Nationwide Debt Recovery Service, Inc. (hereinafter "Nationwide"), is a Washington State corporation engaged in the business of collecting debt in this State with its principal place of business located at 8621 N DIVISION STE B SPOKANE, WA, 99208. The principal purpose of Defendant is the collection of debts in this State and Defendant regularly attempts to collect debts alleged to be due another.

5. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendants regularly attempt to collect consumer debts alleged to be due to another. Defendants are "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV.  FACTUAL ALLEGATIONS

6. On October 10, 2007, Plaintiff's vehicle was parked in a parking lot owned by Gonzaga University, located at 721 N Cincinnati St. Spokane, WA 99220 ("the parking lot")

7. No signs in the parking lot state that a fee must be paid to any entity prior to parking in the lot.

8. No signs in the parking lot state that a vehicle parked in the lot may be subject to fees or fines under any circumstances.

COMPLAINT
Page 3 of 6

MILLER & ASSOCIATES
209 E Sprague Avenue
Spokane, WA  99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

9. There was no agreement between Plaintiff and any other person or entity for Plaintiff to pay any amount of money to park in the parking lot.

10. Nevertheless, Plaintiff received parking citation number 71762 ("the citation") from Gonzaga University Campus Security for "no current permit".

11. The citation states in pertinent part that the fee for "no current permit" is $40.00. If paid with seven (7) days, the fee is $20.00.

12. Plaintiff did not pay the "fee" within seven (7) days.

13. Sometime after October 10, 2007, Gonzaga University referred the $40.00 fee associated with the citation to Nationwide for collection.

14. Nationwide sent multiple collection letters to Plaintiff, demanding payment of $40.00 for payment of the citation fee. A copy of one such letter, dated January 3, 2007 is attached as *Exhibit A*

15. In order to avoid "further collection effort," as stated in the January 3rd collection letter, Plaintiff paid $40.00 to Nationwide with a personal check dated June 11, 2008.

16. Exhibit A was received by Mr. Miller at his residence in Cheney, Washington

COMPLAINT
Page 4 of 6

MILLER & ASSOCIATES
209 E Sprague Avenue
Spokane, WA  99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

17. The alleged debt of Mr. Miller claimed in Exhibit A was incurred for personal, family, or household services.

18. As a result of the acts alleged above, Plaintiff suffered anger, frustration, embarrassment, and anxiety.

## V.  CLAIM FOR RELIEF

19. Plaintiff repeats and realleges and incorporates by reference to the foregoing paragraphs.

20. Defendants violated the FDCPA. Defendants' violations include, but are not limited to, the following:

    a. Defendant violated 15 U.S.C. 1692e(2) by misrepresenting "the character, status, or amount" of the debt. Specifically, defendant represented that a debt was owed when none existed.

    b. Defendant violated 15 U.S.C. 1692f(1) by attempting to collect, and collecting, an amount not "expressly authorized by the agreement creating the debt." Since there was no agreement to pay any amount of money, any and all collection attempts are in violation of this section.

MILLER & ASSOCIATES
209 E Sprague Avenue
Spokane, WA  99202
(509)413-1494 Telephone
(509)413-1724 Facsimile

21. As a result of the foregoing violations of the FDCPA, defendants are liable to the Plaintiff Steven C. Miller for declaratory judgment that Defendants' conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney fees.

WHEREFORE, plaintiff Steven C. Miller respectfully requests that judgment be entered against Defendant Nationwide for the following:

    a. Declaratory judgment that Defendants' conduct violated the FDCPA;

    b. Actual damages;

    c. Statutory damages pursuant to 15 U.S.C. § 1692k;

    d. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k; and

    e. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

DATED this 2nd day of January, 2009

/S/ Kirk D. Miller

_____
Kirk D. Miller, WSBA # 40025
Attorney for Plaintiff

COMPLAINT
Page 6 of 6

MILLER & ASSOCIATES
209 E Sprague Avenue
Spokane, WA 99202
(509)413-1494 Telephone
(509)413-1724 Facsimile