UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN C. MILLER,<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONWIDE DEBT RECOVERY SERVICE, INC.,<br><br>        Defendant. | No. CV-09-001-JLQ<br><br>ORDER FOR ENTRY OF JUDGMENT OF DISMISSAL AND CLOSING OF FILE |

    Pursuant to the Agreed Stipulation of Dismissal (C.R. 7), the Clerk of this court shall enter judgment dismissing the Complaint and the claims therein with prejudice and without costs or attorney fees and thereafter close this file.

    The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

    **DATED** this 8th day of April 2009.

                            s/ Justin L. Quackenbush
                            JUSTIN L. QUACKENBUSH
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1