AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

STEVEN C. MILLER,

                       Plaintiff,

                v.

NATIONWIDE DEBT RECOVERY SERVICE, INC.,

                      Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-001-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint and claims therein are dismissed with prejudice and without costs or attorney fees.

| | |
|---|---|
| April 8, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |